**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**AJINOMOTO CO., INC. ET AL,**

        Plaintiffs,               16-cv-3498 (JGK)

  - against -                  <u>ORDER</u>

**CJ CHEILJEDANG CORP. ET AL,**

        Defendants.

---

**JOHN G. KOELTL, District Judge:**

As stated at the conference held today, the plaintiffs can file an amended complaint by **September 25, 2020.** The defendants may move or answer by **October 9, 2020.** If the defendants move, the plaintiffs may respond by **October 23, 2020.** The defendants may reply by **November 2, 2020.** If the defendants file an answer, the parties should submit a Rule 26(f) report by **November 16.**

**SO ORDERED.**

**Dated:    New York, New York**
           **September 11, 2020**        /s/ John G. Koeltl
                                                  John G. Koeltl
                                     **United States District Judge**