UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AJINOMOTO CO., INC. and<br>AJINOMOTO HEALTH & NUTRITION<br>NORTH AMERICA, INC.,<br><br>           Plaintiffs,<br><br>      v.<br><br>CJ CHEILJEDANG CORP.;<br>CJ AMERICA, INC.; and<br>PT CHEILJEDANG INDONESIA,<br><br>           Defendants. | Case No. 16-cv-3498 (MKV)<br><br>**ORDER** |

**THIS MATTER** having been presented to the Court by and through counsel of record for Plaintiffs seeking to substitute Ajinomoto Health & Nutrition North America, Inc. as a plaintiff in place of Ajinomoto Animal Nutrition North America, Inc. due to a name change through the merger of Ajinomoto Animal Nutrition North America, Inc. into Ajinomoto Health & Nutrition North America, Inc.; and Defendants having no objection to this substitution; and for good cause shown:

**IT IS** on this __29__ day of __October__, 2020, hereby

**ORDERED** that Plaintiffs' request for an Order substituting Ajinomoto Health & Nutrition North America, Inc. as a plaintiff in place of Ajinomoto Animal Nutrition North America, Inc. in this action is **GRANTED**; and it is further

**ORDERED** that Ajinomoto Animal Nutrition North America, Inc. is hereby removed as a plaintiff from this action; and it is further

**ORDERED** that Ajinomoto Health & Nutrition North America, Inc. is hereby substituted into this action as a plaintiff; and it is further

**ORDERED** that the Clerk is directed to amend the case name in the ECF system in this action to reflect the substitution.

Dated: October 29, 2020  
      New York, NY

                                                    *Mary Kay Vyskocil*  
                                                    Hon. Mary Kay Vyskocil, U.S.D.J.