```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AJINOMOTO CO., INC. and
AJINOMOTO HEARTLAND INC.,

                Plaintiffs,

-against-

CJ CHEILJEDANG CORP.,
CJ AMERICA, INC., and
PT CHEILJEDANG INDONESIA,

                Defendants.

1:16-cv-03498 (MKV)

**ORDER SCHEDULING
ORAL ARGUMENT ON
MOTION TO DISMISS**

---

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of the Defendants' letter filed November 18, 2020 requesting oral argument with respect to their Motion to Dismiss Plaintiffs Ajinomoto Co., Inc. and Ajinomoto Animal Nutrition North America, Inc.'s (f/k/a Ajinomoto Heartland, Inc.) Second Amended Complaint. [ECF No. 81]. The Court directs counsel for all parties to appear for oral argument on September 22, 2021 at 1:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Date:  **September 10, 2021**
        **New York, NY**

                                            */s/ Mary Kay Vyskocil*
                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**