UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/30/2021
```

AJINOMOTO CO., INC. and
AJINOMOTO HEARTLAND INC.,

                              Plaintiffs,

                 -against-

CJ CHEILJEDANG CORP.,
CJ AMERICA, INC., and
PT CHEILJEDANG INDONESIA,

                              Defendants.

1:16-cv-03498 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Because of a conflict in the Court's calendar, the initial pretrial conference scheduled for

November 30, 2021 at 10:00 AM is ADJOURNED to December 2, 2021 at 11:30 AM.

**SO ORDERED.**

**Date:   November 30, 2021**
       **New York, NY**

                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**

1